IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

IMPERIUM INSURANCE COMPANY                                              PLAINTIFF

V.                                          CIVIL ACTION NO. 1:14-CV-00084-NBB-DAS

SHELTON & ASSOCIATES, P.A.,
A Mississippi Professional Association;
JASON L. SHELTON; JONATHAN T. CRUMP;
CHRISTOPHER E. BAUER; and STEPHEN P. LIVINGSTON,
Trustee on behalf of the Bankruptcy Estate of Paul Tyler        DEFENDANTS

SHELTON & ASSOCIATES, P.A.
AND JASON SHELTON                                              COUNTER-PLAINTIFFS

V.

IMPERIUM INSURANCE COMPANY                                     COUNTER-DEFENDANT

ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that plaintiff Imperium Insurance Company's motions for summary judgment and partial summary judgment are **GRANTED**. This case is closed.

This, the 29th day of September, 2016.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**